FILED

06 SEP 28 AM 9:24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  EDWARD J. MCINTYRE [SBN 80402]
   (emcintyre@swsslaw.com)
2  ELIZABETH C. PIETANZA [SBN 233538]
   (epietanza@swsslaw.com)
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   Telephone: (619) 238-4823
5  Facsimile: (619) 231-4755

6  Attorneys for Defendant and Counterclaimant
   WILLI LORENZ STICH—BILL LAWRENCE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JZCHAK N. WAJCMAN dba Bill Lawrence Products and dba Bill Lawrence Pickups,<br><br>Plaintiff,<br><br>v.<br><br>WILLI LORENZ STICH, an individual,<br><br>Defendant. | CASE NO. 05-CV-1200 LAB (CAB)<br><br>[PROPOSED] ORDER SETTING HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>Courtroom: 9<br><br>Hon. Larry A. Burns |
| WILLI LORENZ STICH—BILL LAWRENCE—an individual,<br><br>Counterclaimant,<br><br>v.<br><br>JZCHAK N. WAJCMAN, an individual,<br><br>Counterdefendant. | |

P:293287.1:07667.002

05-CV-1200 LAB (CAB)

[PROPOSED] ORDER SETTING HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1 | Upon the stipulation of the parties, and for good cause shown,

2 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff, Jzchak

3 | Wajcman's, motion for partial summary judgment shall be heard on *October 30*, 2006

4 | at *10:30 a*.m., *Continued from October 23, 2006.*

5 | IT IS SO ORDERED.

6 | DATED: *9-27-06*          *Larry A. Burns*
                              LARRY A. BURNS