# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JZCHAK N. WAJCMAN dba BILL LAWRENCE PRODUCTS and dba BILL LAWRENCE GUITAR PICKUPS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br><br>WILLI LORENZ STICH, an individual,<br><br>　　　　　　　　　　Defendant. | CASE NO. 05cv1200-LAB (CAB)<br><br>**ORDER:**<br><br>**(1)  REFERRING CASE TO MAGISTRATE JUDGE;**<br><br>**(2)  VACATING MOTION HEARING AND TRIAL DATES;**<br><br>**(3)  DENYING PENDING MOTIONS AS MOOT**<br><br>[Dkt Nos. 99, 100-104, 110] |

The court is informed this case has settled as to all claims and all parties.  Accordingly, **IT IS HEREBY ORDERED:**

　　　1.　　Pursuant to 28 U.S.C. §636(c), Fed. R. Civ. P. 73 and the consent of the parties, **this case be referred to** the Honorable Leo S. Papas, United States Magistrate Judge, for all settlement proceedings, including all disputes regarding interpretation and enforcement of the terms of the settlement agreement.  Magistrate Judge Papas, or his Magistrate Judge successor, shall retain jurisdiction for a period of ten years from entry of this Order.  His or her decision shall be final, binding and without right to appeal.

　　　2.　　The trial of this action, presently calendared to begin June 12, 2007, is **VACATED**.

　　　3.　　The hearings of defendant's Motion For Summary Judgment and of plaintiff's Motions *In Limine* are **VACATED**, and the motions are all **DENIED AS MOOT**.

　　　**IT IS SO ORDERED**.

DATED: May 15, 2007

　　　　　　　　　　　　　　　　　　　　　　　*Larry A. Burns*

　　　　　　　　　　　　　　　　　　　　　　　**Honorable Larry Alan Burns**
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

05cv1200